**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CASIMIRO GALLARDO PACHECO,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Case No. CIV-26-1519-R** |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on July 30, 2026 [Doc. No. 8]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety. Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED IN PART and Respondents are ordered to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this order or to otherwise release Petitioner if he has not received a lawful bond hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 17th day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**